```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 39462
   DEBORAH ANN DAVIS-BROOKS
                                                CHAPTER 13

                                                JUDGE: A BENJAMIN GOLDGAR

             Debtor
   SSN XXX-XX-0648

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/22/2004 and was confirmed 12/07/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  32.15% from remaining funds.

      The case was paid in full 07/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED             4000.00           312.73         4000.00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED              .00             .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED              .00             .00
BANK ONE                  UNSECURED         NOT FILED              .00             .00
NUVELL CREDIT CO          UNSECURED          11622.25              .00         3736.67
ASSET ACCEPTANCE CORP     UNSECURED           1303.40              .00          419.06
PREMIER BANCARD CHARTER   UNSECURED OTH        500.66              .00          160.94
DRIVE FINANCIAL SERVICES  UNSECURED           1074.30              .00          345.40
PETER FRANCIS GERACI      DEBTOR ATTY        2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                               715.20
DEBTOR REFUND             REFUND                                                 89.12

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  12,479.12

PRIORITY                                                .00
SECURED                                            4,000.00
    INTEREST                                         312.73
UNSECURED                                          4,662.07
ADMINISTRATIVE                                     2,700.00
TRUSTEE COMPENSATION                                 715.20
DEBTOR REFUND                                         89.12
                         --------------        --------------
TOTALS                   12,479.12                12,479.12
```

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 39462 DEBORAH ANN DAVIS-BROOKS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 39462 DEBORAH ANN DAVIS-BROOKS